JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OK HEE KIM, an individual, | Case No. 2:18-cv-03602 DSF (Ex) |
| Plaintiff, | |
| v. | **ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL** |
| BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; NEW CENTURY ALHAMBRA AUTOMOBILES, INC., a California Company d/b/a NEW CENTURY BMW; and DOES 1-20 | |
| Defendants. | |

After reviewing the Parties' Stipulation for Dismissal, the Court hereby dismisses the above-captioned action with prejudice. IT IS SO ORDERED.

DATED: April 24, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING PARTIES' STIPULATION FOR DISMISSAL**